IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Looper, Benjamin G

Printed: 7/8/08

Case Number: 07 B 12533
Judge: Goldgar, A. Benjamin

Filed: 7/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 27, 2008
Confirmed: December 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,540.00 |  |
| Secured: |  | 748.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,600.00 |
| Trustee Fee: |  | 191.16 |
| Other Funds: |  | 0.00 |
| Totals: | 3,540.00 | 3,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,600.00 | 2,600.00 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 31,167.52 | 748.84 |
| 4. | Peoples Energy Corp | Unsecured | 371.60 | 0.00 |
| 5. | Cook County Treasurer | Secured |  | No Claim Filed |
| 6. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 7. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 8. | United Billing Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 34,139.12 | $ 3,348.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 191.16 |
|  | _____ |
|  | $ 191.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

